UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No.  5:24-cv-01591-VBF-AGR                                    Date: December 10, 2024

Title:   *Jorge Luis Herrera v. State of California*

---

Present: The Honorable VALERIE BAKER FAIRBANK, U.S. District Judge

| Charles Rojas | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
None Present                                       None Present

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FULL FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1). However, prisoners bringing civil actions must still pay the filing fee but may do so through monthly payments if granted *in forma pauperis* status. 28 U.S.C. § 1915(b).

On October 25, 2024, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. (CM/ECF Document 11). The Court directed him to refile his Request, including with the missing documentation, or pay the full filing fee. (*Id.*). The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. (*Id.*).

To date, Plaintiff has not paid the filing fee or refiled his Request.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-01591-VBF-AGR                              Date: December 10, 2024

Title:     *Jorge Luis Herrera v. State of California*

    Accordingly, the incomplete Request is **DENIED**, and this action is **DISMISSED** without prejudice.  *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).  All other pending matters are **TERMINATED**.

    **IT IS SO ORDERED.**