JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS HERRERA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, <br><br> Defendant. | NO. EDCV 24-1591-VBF (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Complaint Without Leave to Amend,

IT IS ADJUDGED that judgment is entered for Defendant State of California and this action is dismissed.

DATED: April 29, 2025 ` /s/ Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge

1